```
                                                              FILED
       UNITED STATES COURT OF APPEALS
                                                              JUN 18 2025
            FOR THE NINTH CIRCUIT
                                                          MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

PATRICIA PRITCHARD, as parent on behalf of minor C.P.; et al.,

        Plaintiffs - Appellees,

 v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

        Defendant - Appellant.

No. 23-4331

D.C. No. 3:20-cv-06145-RJB
Western District of Washington, Tacoma

ORDER

Before: RAWLINSON and M. SMITH, Circuit Judges, and RAKOFF, District Judge.[*]

    The parties are ordered to submit supplemental briefs. Those briefs will explain how, if at all, this case is affected by *United States v. Skrmetti*, No. 23-477 (U.S. June 18, 2025), https://www.supremecourt.gov/opinions/24pdf/23-477_2cp3.pdf. For purposes of those briefs, the parties should assume the court must decide whether the coverage exclusions discriminate based on sex.

    The parties shall submit their memorandum briefs simultaneously. They shall do so within 21 days of this order. Those briefs must not exceed five double-spaced pages in 14-point Times New Roman font. The briefs need not comply

---

    [*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

with the content requirements of Fed. R. App. P. 28(a), but they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.